# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 24-30066 | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | MA4L, INC. | | Date Filed (f) or Converted (c): | 01/15/2024 (f) |
| For the Period Ending: | 04/06/2024 | | §341(a) Meeting Date: | 02/12/2024 |
| | | | Claims Bar Date: | 07/05/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Fifth Third Bank business checking ending xx1067 | $0.00 | Unknown | | $0.00 | Unknown |
| 2 | Security Credit Union business checking ending 3220 | $300.00 | Unknown | | $0.00 | Unknown |
| 3 | Accounts Receivable over 90 days old | $131,000.00 | Unknown | | $76,705.00 | Unknown |
| 4 | YHS Michigan, LLC - entity that owns and operates 4 locations - Debtor is sole and managing member 100% | $0.00 | Unknown | | $0.00 | Unknown |
| 5 | Office furniture (desks, chairs, file cabinets, 2 desktop computers, 2 laptops) | $2,500.00 | Unknown | | $0.00 | Unknown |
| 6 | Phone system (Battle Creek, Jackson, Flint) Desktop computers (1 each in Flint, Jackson, St. Johns) | $500.00 | Unknown | | $0.00 | Unknown |
| 7 | 4 audiometers (1 each at Jackson, Battle Creek, and Flint locations, 1 in storage) | $500.00 | Unknown | | $0.00 | Unknown |
| 8 | Internet domain names and websites https://hearing-solution.com/ | $0.00 | Unknown | | $0.00 | Unknown |
| 9 | Insurance General liability policy - State Farm - lapsed August 2023 | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | $134,800.00 | $0.00 | | $76,705.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
04/06/2024    Trustee investigating accounts receivable and possible Chapter 5 causes of action.

| Initial Projected Date Of Final Report (TFR): | 04/06/2026 | Current Projected Date Of Final Report (TFR): | 04/06/2026 | /s/ COLLENE K. CORCORAN |
|---|---|---|---|---|
| | | | | COLLENE K. CORCORAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** | 24-30066 | |
| **Case Name:** | MA4L, INC. | |
| **Primary Taxpayer ID #:** | **-***3590 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 04/07/2023 | |
| **For Period Ending:** | 04/06/2024 | |

| | |
|---|---|
| **Trustee Name:** | Collene K. Corcoran |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0261 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2024 | (3) | TruHearing | Account receivable | 1121-000 | $76,705.00 | | $76,705.00 |
| | | | **TOTALS:** | | $76,705.00 | $0.00 | $76,705.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $76,705.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $76,705.00 | $0.00 | |

**For the period of 04/07/2023 to 04/06/2024**

| | |
|---|---|
| Total Compensable Receipts: | $76,705.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $76,705.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2024 to 4/6/2024**

| | |
|---|---|
| Total Compensable Receipts: | $76,705.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $76,705.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | |
|---|---|
| Case No. | 24-30066 |
| Case Name: | MA4L, INC. |
| Primary Taxpayer ID #: | **-***3590 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/07/2023 |
| For Period Ending: | 04/06/2024 |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0261 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $76,705.00 | $0.00 | $76,705.00 |

**For the period of 04/07/2023 to 04/06/2024**

| | |
|---|---|
| Total Compensable Receipts: | $76,705.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $76,705.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2024 to 4/6/2024**

| | |
|---|---|
| Total Compensable Receipts: | $76,705.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $76,705.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN